# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JAMES CARTER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CASE NO. 2: 09-cv-0165-SLB** |
| ) | |
| **MIDLAND CREDIT** ) | |
| **MANAGEMENT, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the court on Plaintiff's Motion to Voluntary Dismiss Claims Against Midland Credit Management, Inc. and Equifax Information Services, Inc. (Doc. 17.)[1] The motion is **GRANTED**. The court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITH PREJUDICE** against defendants Midland Credit Management Inc. and Equifax Information Services, Inc. Costs are taxed as paid.

**DONE**, this 2nd day of September, 2009.

_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.